1  PHILLIP A. TALBERT
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000

5

6  Attorneys for Plaintiff
   United States of America

7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,         CASE NO: 5:23-MJ-00020-CDB

12              Plaintiff,           [PROPOSED] ORDER TO UNSEAL REDACTED
                                     CRIMINAL COMPLAINT
13       v.

14 ANGELO JACKSON MENDIVER,

15              Defendant.

16
       Upon application of the United States of America and good cause having been shown,
17
       IT IS HEREBY ORDERED that the attached redated complaint in the above-captioned matter
18
   be, and is, unsealed.
19

20  Dated:  6/1/2023
                                      _____
21                                    The Honorable Christopher D. Baker
                                      UNITED STATES MAGISTRATE JUDGE
22

23

24

25

26

27

28

   [PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS